IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL CASE NO. 2:17cv97-ECM ) |
| PRECISION ROOFING AND CONSULTING, LLC, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

The court is informed that the defendants are in bankruptcy. *See* Docs. 62 & 68. Accordingly, it is

ORDERED and ADJUDGED as follows:

(1) That this case is dismissed without prejudice to the right of any party to petition to reinstate this case to pursue any claim raised in this case but not adjudicated in or discharged by proceedings in the bankruptcy court.

(2) That this reinstatement, if and when allowed, will cause the filing date of any claim reinstated to relate back to the original filing date of this action.

(3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken action which entitles that party to seek reinstatement.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE this 8th day of February, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE